# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

=================
## NO. 03-04-00636-CV
=================


**Kerry Elliot and Debra Elliot, Appellants**


**v.**


**State Farm Lloyds and State Farm Lloyds, Inc., Appellees**


=================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN201167, HONORABLE DARLENE BYRNE, JUDGE PRESIDING
=================================================================


## M E M O R A N D U M   O P I N I O N


Appellants Kerry Elliot and Debra Elliot filed an agreed motion to dismiss this appeal with prejudice, stating that all issues in controversy have been settled. Accordingly, we grant the motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).


_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   February 3, 2005